# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **JANE DOE,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| **MANOR COLLEGE,** | : | No. 18-5309 |
| *Defendant*. | : | |

# ORDER

**AND NOW**, this 24th day of January, 2019, upon consideration of Plaintiff Jane Doe's Motion to Proceed Under Pseudonym (Doc. No. 2) and Defendant Manor College's Response thereto (Doc. No. 10) stating that Manor College does not oppose the Motion, it is **ORDERED** that Plaintiff Jane Doe's Motion to Proceed Under Pseudonym (Doc. No. 2) is **GRANTED**. The Plaintiff is permitted to proceed using the pseudonym "Jane Doe" and the parties are barred from filing on the public docket Plaintiff's name or other information that might allow Plaintiff to be identified.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE