IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, | : |
|         *Plaintiff* | : CIVIL ACTION |
| v. | : |
| | : NO. 18-5309 |
| MANOR COLLEGE, | : |
|         *Defendant* | : |

## ORDER

AND NOW, this 17th day of August, 2020, upon consideration of Manor College's Motion for Summary Judgment (Doc. No. 29), Jane Doe's Motion for Partial Summary Judgment (Doc. No. 31), Jane Doe's Motion in Limine (Doc. No. 30), the responses thereto (Doc. Nos. 33, 34, 35, 36, 37), and the Court having conducted oral argument on July 17, 2020, it is **ORDERED** that the motions for summary judgment (Doc. Nos. 29, 31) are **GRANTED IN PART** and **DENIED IN PART**, and the motion in limine (Doc. No. 30) is **DENIED WITHOUT PREJUDICE.**

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**