# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **MANOR COLLEGE** | : | |
| **Defendant.** | : | No. 18-5309 |

## CIVIL JUDGMENT

Before the Honorable Gene E.K. Pratter

AND NOW, this 11th day of February, 2022, in accordance with the Jurors' Answers to the Court's Interrogatories,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendant Manor College and against plaintiff Jane Doe.

BY THE COURT
ATTEST:

*Michael Coyle*
Michael Coyle, Deputy Clerk