UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| MANOR COLLEGE, | : | No. 18-5309 |
| *Defendant* | : | |

### ORDER

AND NOW, this 22nd day of February, 2022, upon consideration of Ms. Doe's Proposed Jury Instructions (Doc. No. 85), Manor College's Proposed Jury Instructions (Doc. No. 93), Ms. Doe's Jury Instruction Supplement (Doc. No. 114), the Court having conducted a conference to discuss jury instructions on February 9, 2022, and Ms. Doe's supplemental Trial Brief on Judicial Notice (Doc. No. 122), it is hereby **ORDERED** that Ms. Doe's Proposed Jury Instruction No. 8 on the legality of her audio recording and her request for judicial notice of the Pennsylvania wiretapping statutes are **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1