UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| MANOR COLLEGE, | : | No. 18-5309 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 26 day of February, 2022, upon consideration of Ms. Doe's Proposed Jury Instructions (Doc. No. 85), Manor College's Proposed Jury Instructions (Doc. No. 93), Ms. Doe's Jury Instruction Supplement (Doc. No. 114), the parties' trial briefs (Doc. Nos. 81 & 106), and the Court having conducted a conference to discuss jury instructions on February 9, 2022, it is hereby **ORDERED** that Manor College's Proposed Jury Instruction on Causation (Doc. No. 93, at 15) is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1