## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| vs. | : | **NO. 18-5309** |
| | : | |
| **MANOR COLLEGE,** | : | |
| **Defendant** | : | |

## JUDGMENT

**AND NOW**, this 5th day of July, 2023, judgment is hereby entered in favor of Defendant Manor College, and against Plaintiff Jane Doe, in the amount of $7,861.00.

The amount requested in the Defendant's Bill of Costs (Docket No. 137) is reduced by $302.90 for the duplicating costs claimed for time periods prior to the date Plaintiff filed her Complaint.

GEORGE WYLESOL
Clerk of Court

By:  */s/ Sharon A. Hall-Moore*
Deputy Clerk